IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
JAN 1 1 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

BRUSIE "DON" LANHAM,

      *Petitioner,*

v.

      Civil Action No. 2:07cv100
      (Judge Maxwell)

DAVID BALLARD, Warden,
Mount Olive Correctional Complex,

      *Respondent.*

### ORDER

On this day the Court considered the Respondent's written "Motion for an Enlargement of Time" and finds that it states proper grounds and appears to be in good faith. It is therefore ORDERED that Respondent has until and including January 25, 2008, to file said answer. Petitioner shall then have thirty (30) days after a response is filed to file any reply he may have.

The Clerk is directed to send a copy of this Order to all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Entered this _10_ day of _January_, 2008.

                                    JOHN S. KAULL
                                    UNITED STATES MAGISTRATE JUDGE

Prepared by:
/s/ *Dawn E. Warfield*
Dawn E. Warfield, Bar Number: 3927
Deputy Attorney General
Attorney for Respondent